BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GARCIA-SALINAS, | Case No.: 1:13-cv-1466 AWI BAM |
| Plaintiff, | |
| v. | **Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |
| RAND BEERS, *et al.*, | |
| Defendants. | |

This is an immigration case in which Plaintiff has challenged the delay in the adjudication of his naturalization application, and filed a petition pursuant to 8 U.S.C. § 1447(b). United States Citizenship and Immigration Services is now prepared to adjudicate the application, and both parties stipulate to an order of remand for that purpose. United States Citizenship and Immigration Services will adjudicate the application within 30 days of the order of remand. Each side to bear its own costs of litigation.

In the event the result of the adjudication is a denial of the application, the parties will immediately file a joint status report. Defendants will not oppose amendment of the complaint to challenge any such denial of the application under 8 U.S.C. § 1421(c) following the exhaustion of administrative remedies under 8 U.S.C. § 1447.

1

Dated: December 2, 2013      Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney


DATED: December 2, 2013      Respectfully submitted,
/s/ Win Eaton
Win Eaton
Attorney for the Plaintiff

## ORDER

Pursuant to the foregoing stipulation, and 8 U.S.C. § 1447(b), the matter is remanded to United States Citizenship and Immigration Services, to complete adjudication within 30 days.

IT IS SO ORDERED.

Dated:   December 6, 2013            _____
                                     SENIOR  DISTRICT  JUDGE